# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-4960
_____

SAMUEL C. GOLDEN,

   Appellant,

   v.

ESTATE OF HANS G. TANZLER,
JR.,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Peter L. Dearing, Judge.

December 10, 2018

PER CURIAM.

   In *Burdoo v. Plympton*, this court held that "[a] court reversibly errs when a prisoner requests to appear telephonically[] and the court fails to issue an order directed to the Department of Corrections requiring the prisoner to appear telephonically." 219 So. 3d 170, 171 (Fla. 1st DCA 2017); *accord Havenner v. Hutchinson*, 162 So. 3d 1113, 1114 (Fla. 1st DCA 2015). In this case, that is what happened.

   REVERSED.

ROBERTS, RAY, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Samuel C. Golden, pro se, Appellant.

Hans G. Tanzler, III, as Personal Representative of the Estate of Hans G. Tanzler, Jr., pro se, Appellee.